IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RICHARD D. WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08-CV-2651-KHV/JPO |
| ) | |
| PAUL FILLA, ) | |
| ) | |
| Defendant. ) | |

## ANSWER OF DEFENDANT PAUL FILLA

**COMES NOW** Defendant Paul Filla ("Defendant"), by and through his attorneys, Foulston & Siefkin, LLP, and submits the following Answer and Affirmative Defenses to Plaintiff Richard D. Wilson's Complaint. Defendant generally denies each and every allegation, including headings, unless explicitly admitted herein. In further support of his Answer and Affirmative Defenses, Defendant states as follows:

1. The allegations in Paragraph 1 of Plaintiff's Complaint assert a legal claim to which no response is required. To the extent a response is required, Defendant denies the same.

2. The allegations in Paragraph 2 of Plaintiff's Complaint assert a legal claim to which no response is required. To the extent a response is required, Defendant denies the same.

3. Defendant lacks sufficient information to form a belief as to the veracity of the allegations in Paragraph 3 of Plaintiff's Complaint and therefore denies the same.

4. Defendant denies the allegations in Paragraph 4 of Plaintiff's Complaint.

5. Defendant admits that he is a resident of this judicial district. Defendant lacks sufficient information to form a belief as to the veracity of the remaining allegations in Paragraph 5 of Plaintiff's Complaint and therefore denies the same.

6. The allegations in Paragraph 6 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 6 of Plaintiff's Complaint.

7. The allegations in Paragraph 7 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 7 of Plaintiff's Complaint.

8. Defendant denies the allegations in Paragraph 8 of Plaintiff's Complaint.

9. The allegations in Paragraph 9 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 9 of Plaintiff's Complaint.

10. The allegations in Paragraph 10 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 10 of Plaintiff's Complaint.

11. The allegations in Paragraph 11 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 11 of Plaintiff's Complaint.

12. The allegations in Paragraph 12 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 12 of Plaintiff's Complaint.

13. Defendant lacks sufficient information to form a belief as to the veracity of the allegations in Paragraph 13 of Plaintiff's Complaint and therefore denies the same.

14. Defendant lacks sufficient information to form a belief as to the veracity of the allegations in Paragraph 14 of Plaintiff's Complaint and therefore denies the same.

15. The allegations in Paragraph 15 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 15 of Plaintiff's Complaint.

16. Defendant denies the allegations in Paragraph 16 of Plaintiff's Complaint.

17. Defendant denies the allegations in Paragraph 17 of Plaintiff's Complaint.

18. The allegations in Paragraph 18 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 18 of Plaintiff's Complaint.

19. The allegations in Paragraph 19 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 19 of Plaintiff's Complaint.

20. The allegations in Paragraph 20 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 20 of Plaintiff's Complaint.

21. Defendant lacks sufficient information to form a belief as to the veracity of the allegations in Paragraph 21 of Plaintiff's Complaint and therefore denies the same.

22. The allegations in Paragraph 22 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 22 of Plaintiff's Complaint.

23. Defendant lacks sufficient information to form a belief as to the veracity of the allegations in Paragraph 23 of Plaintiff's Complaint and therefore denies the same.

24. Defendant lacks sufficient information to form a belief as to the veracity of the allegations in Paragraph 24 of Plaintiff's Complaint and therefore denies the same.

25. Defendant denies the allegations in Paragraph 25 of Plaintiff's Complaint.

26. The allegations in Paragraph 26 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 26 of Plaintiff's Complaint.

27. The allegations in Paragraph 27 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant

denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 27 of Plaintiff's Complaint.

28.     The allegations in Paragraph 28 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 28 of Plaintiff's Complaint.

29.     Defendant admits that he was employed as a Deputy Sheriff by the Linn County Sheriff's Office. Defendant denies the remaining allegations of Paragraph 29 of Plaintiff's Complaint.

30.     Defendant lacks sufficient information to form a belief as to the veracity of the allegations in Paragraph 30 of Plaintiff's Complaint and therefore denies the same.

31.     Defendant lacks sufficient information to form a belief as to the veracity of the allegations in Paragraph 31 of Plaintiff's Complaint and therefore denies the same.

32.     The allegations in Paragraph 32 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 32 of Plaintiff's Complaint.

33.     Defendant lacks sufficient information to form a belief as to the veracity of the allegations in Paragraph 33 of Plaintiff's Complaint and therefore denies the same.

34.     Defendant denies the allegations in Paragraph 34 of Plaintiff's Complaint.

35.     Defendant lacks sufficient information to form a belief as to the veracity of the allegations in Paragraph 35 of Plaintiff's Complaint and therefore denies the same.

36. Defendant denies the allegations in Paragraph 36 of Plaintiff's Complaint.

37. The allegations in Paragraph 37 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 37 of Plaintiff's Complaint.

38. Defendant denies the allegations in Paragraph 38 of Plaintiff's Complaint.

39. Defendant denies the allegations in Paragraph 39 of Plaintiff's Complaint.

40. Defendant denies the allegations in Paragraph 40 of Plaintiff's Complaint.

41. Defendant denies the allegations in Paragraph 41 of Plaintiff's Complaint.

42. Defendant denies the allegations in Paragraph 42 of Plaintiff's Complaint.

43. The allegations in Paragraph 43 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 43 of Plaintiff's Complaint.

44. The allegations in Paragraph 44 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 44 of Plaintiff's Complaint.

45. The allegations in Paragraph 45 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 45 of Plaintiff's Complaint.

46. Defendant lacks sufficient information to form a belief as to the veracity of the allegations in Paragraph 46 of Plaintiff's Complaint and therefore denies the same.

47. The allegations in Paragraph 47 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 47 of Plaintiff's Complaint.

48. The allegations in Paragraph 48 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 48 of Plaintiff's Complaint.

49. The allegations in Paragraph 49 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 49 of Plaintiff's Complaint.

50. The allegations in Paragraph 50 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 50 of Plaintiff's Complaint.

51. The allegations in Paragraph 51 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 51 of Plaintiff's Complaint.

52. The allegations in Paragraph 52 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 52 of Plaintiff's Complaint.

53. Defendant denies the allegations in Paragraph 53 of Plaintiff's Complaint.

54. Defendant denies the allegations in Paragraph 54 of Plaintiff's Complaint.

55. Defendant denies the allegations in Paragraph 55 of Plaintiff's Complaint.

56. The allegations in Paragraph 56 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 56 of Plaintiff's Complaint.

57. The allegations in Paragraph 57 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 57 of Plaintiff's Complaint.

58. The allegations in Paragraph 58 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 58 of Plaintiff's Complaint.

59. The allegations in Paragraph 59 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant

denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 59 of Plaintiff's Complaint.

60.     The allegations in Paragraph 60 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 60 of Plaintiff's Complaint.

61.     The allegations in Paragraph 61 of Plaintiff's Complaint assert a legal claim to which no response is required. To the extent a response is required, Defendant denies the same.

62.     The allegations in Paragraph 62 of Plaintiff's Complaint assert a legal claim to which no response is required. To the extent a response is required, Defendant denies the same.

63.     The allegations in Paragraph 63 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 63 of Plaintiff's Complaint.

64.     The allegations in Paragraph 64 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 64 of Plaintiff's Complaint.

65.     The allegations in Paragraph 65 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 65 of Plaintiff's Complaint.

66. The allegations in Paragraph 66 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 66 of Plaintiff's Complaint.

67. The allegations in Paragraph 67 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 67 of Plaintiff's Complaint.

68. Defendant denies the allegations in Paragraph 68 of Plaintiff's Complaint.

69. Defendant lacks sufficient information to form a belief as to the veracity of the allegations in Paragraph 69 of Plaintiff's Complaint and therefore denies the same.

70. Defendant lacks sufficient information to form a belief as to the veracity of the allegations in Paragraph 70 of Plaintiff's Complaint and therefore denies the same.

71. The allegations in Paragraph 71 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 71 of Plaintiff's Complaint.

72. The allegations in Paragraph 72 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 72 of Plaintiff's Complaint.

73. The allegations in Paragraph 73 of Plaintiff's Complaint assert a legal claim to which no response is required. To the extent a response is required, Defendant denies the same.

74. Defendant denies the allegations in Paragraph 74 of Plaintiff's Complaint.

75. Defendant denies the allegations in Paragraph 75 of Plaintiff's Complaint.

76. Defendant denies the allegations in Paragraph 76 of Plaintiff's Complaint.

77. The allegations in Paragraph 77 of Plaintiff's Complaint purport to characterize the acts or omissions described in public records and/or the sworn trial testimony but Defendant denies that this characterization is accurate, complete, or in context. Accordingly, Defendant denies the allegations in Paragraph 77 of Plaintiff's Complaint.

78. Defendant lacks sufficient information to form a belief as to the veracity of the allegations in Paragraph 78 of Plaintiff's Complaint and therefore denies the same.

79. Defendant denies the allegations in Paragraph 79 of Plaintiff's Complaint.

80. Defendant denies the allegations in Paragraph 80 of Plaintiff's Complaint.

81. Defendant lacks sufficient information to form a belief as to the veracity of the allegations in Paragraph 81 of Plaintiff's Complaint and therefore denies the same.

82. The allegations in Paragraph 82 of Plaintiff's Complaint assert a legal claim to which no response is required. To the extent a response is required, Defendant denies the same.

83. The allegations in Paragraph 83 of Plaintiff's Complaint assert a legal claim to which no response is required. To the extent a response is required, Defendant denies the same.

84. Defendant denies the allegations in Paragraph 84 of Plaintiff's Complaint.

85. Defendant lacks sufficient information to form a belief as to the veracity of the allegations in Paragraph 85 of Plaintiff's Complaint and therefore denies the same.

86. Defendant denies the allegations in Paragraph 86 of Plaintiff's Complaint.

87. Defendant denies the allegations in Paragraph 87 of Plaintiff's Complaint.

88. Defendant denies the allegations in Paragraph 88 of Plaintiff's Complaint.

89. Defendant denies the allegations in Paragraph 89 of Plaintiff's Complaint.

90. Defendant denies the allegations in Paragraph 90 of Plaintiff's Complaint.

91. Defendant denies the allegations in Paragraph 91 of Plaintiff's Complaint.

92. Defendant denies the allegations in Paragraph 92 of Plaintiff's Complaint.

93. Defendant denies the allegations in Paragraph 93 of Plaintiff's Complaint.

94. The allegations in Paragraph 94 of Plaintiff's Complaint assert a legal claim to which no response is required. To the extent a response is required, Defendant denies the same.

95. The allegations in Paragraph 95 of Plaintiff's Complaint assert a legal claim to which no response is required. To the extent a response is required, Defendant denies the same.

96. Defendant lacks sufficient information to form a belief as to the veracity of the allegations in Paragraph 96 of Plaintiff's Complaint and therefore denies the same.

97. The allegations in Paragraph 97 of Plaintiff's Complaint assert a legal claim to which no response is required. To the extent a response is required, Defendant denies the same.

98. Defendant denies the allegations in Paragraph 98 of Plaintiff's Complaint.

99. Defendant lacks sufficient information to form a belief as to the veracity of the allegations in Paragraph 99 of Plaintiff's Complaint and therefore denies the same.

100. The allegations in Paragraph 100 of Plaintiff's Complaint assert a legal claim to which no response is required. To the extent a response is required, Defendant denies the same.

101. The allegations in Paragraph 101 of Plaintiff's Complaint assert a legal claim to which no response is required. To the extent a response is required, Defendant denies the same.

102. Defendant denies Plaintiff is entitled to any relief and denies all allegations to the contrary in Paragraph 102 of Plaintiff's Complaint.

103. Defendant denies Plaintiff is entitled to any relief and denies all allegations to the contrary in Paragraph 103 of Plaintiff's Complaint.

104. Defendant denies Plaintiff is entitled to any relief and denies all allegations to the contrary in Paragraph 104 of Plaintiff's Complaint.

105. Defendant denies Plaintiff is entitled to any relief and denies all allegations to the contrary in Paragraph 105 of Plaintiff's Complaint.

106. Defendant denies Plaintiff is entitled to any relief and denies all allegations to the contrary in Paragraph 106 of Plaintiff's Complaint.

107. Defendant denies Plaintiff is entitled to any relief and denies all allegations to the contrary in Paragraph 107 of Plaintiff's Complaint.

108. Defendant denies Plaintiff is entitled to any relief and denies all allegations to the contrary in Paragraph 108 of Plaintiff's Complaint.

109. Defendant denies Plaintiff is entitled to any relief and denies all allegations to the contrary in Paragraph 109 of Plaintiff's Complaint.

110. Defendant denies that Plaintiff is entitled to a trial by jury.

## AFFIRMATIVE DEFENSES

1. Plaintiff fails to state a claim upon which relief can be granted.

2. To the extent any state law claims are pled, Defendant asserts the principle of comparative negligence, K.S.A. 60-258a.

3. To the extent any state law claims are pled, Defendant is immune from liability under one or more exceptions to liability in the Kansas Tort Claims Act, K.S.A. 75-6104.

4. Plaintiff's claims are barred in whole or part by the doctrines of assumption of risk, estoppel, laches, release, and waiver.

5. By Plaintiff's failure to perform a condition precedent in substantially complying with K.S.A. 12-105b(d), the Court lacks subject matter jurisdiction over any state law claims.

6. Plaintiff's claims may be barred in whole or in part by the statute of limitations and/or ineffective service.

7. Plaintiff's claims may be barred in whole or in part by the doctrines of issue and/or claim preclusion.

8. Plaintiff's damages were not caused by any of Defendant's acts or omissions.

9. Plaintiff's damages are neither of the nature nor extent as pled by Plaintiff.

10. Plaintiff's claims are barred in whole or in part by immunity doctrines, including qualified immunity.

11. Defendant did not personally participate in one or more of the alleged deprivations.

12. Plaintiff, proceeding *pro se*, is not entitled to attorney fees.

13.     Plaintiff has failed to mitigate his damages, if any

14.     Plaintiff's claims are barred by the existence of reasonable suspicion and/or probable cause.

15.     Further, Defendant asserts any and all avoidance or affirmative defenses that may be maintained upon full discovery.

**WHEREFORE**, having fully answered the Complaint of Plaintiff, Defendant requests this Court enter an Order dismissing Plaintiff's Complaint with prejudice, granting Plaintiff nothing by way thereof, awarding Defendant its costs incurred herein and granting Defendant such other relief as the Court deems just and proper.

Respectfully submitted,

FOULSTON SIEFKIN LLP

By:     /s/ Toby Crouse
            Toby Crouse, #20030

Wendell F. Cowan, Jr., #08227
9 Corporate Woods, Suite 450
9200 Indian Creek Parkway
Overland Park, KS 66210-2017
Telephone:  (913) 498-2100
Facsimile:   (913) 498-2101
Email:  tcrouse@foulston.com
            wcowan@foulston.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

        I hereby certify that on this 26th day of May, 2009, I electronically filed the above and foregoing *Answer of Defendant Paul Filla* with the Clerk of the Court using the CM/ECF system, and a copy with notice of electronic filing was served on Plaintiff by U.S. Mail, postage prepaid, addressed as follows:

Richard D. Wilson
2111 E. Santa Fe
Olathe, KS  66062

*PRO SE* PLAINTIFF

                                            /s/ Toby Crouse
                                 ATTORNEY FOR DEFENDANT