IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| RICHARD D. WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08-CV-2651-KHV/JPO |
| | ) | |
| PAUL FILLA, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff Richard D. Wilson and Defendant Paul Filla hereby stipulate as follows: (1) all claims and causes of actions that were or could have been asserted in this action have been compromised and settled and (2) by their signature or that of their counsel below, all parties stipulate to the dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), each party to bear its own costs.

Respectfully submitted,

By: _____
Richard D. Wilson

2111 E. Santa Fe
Olathe, Kansas 66062
Telephone: 913-302-8693
Email: wilsonbrandx@yahoo.com

PRO SE

**FOULSTON SIEFKIN LLP**

By: ___/s/ Toby Crouse_____
       Toby Crouse, KS #20030

Wendell F. Cowan, KS #08227
9 Corporate Woods, Suite 450
9200 Indian Creek Parkway
Overland Park, KS 66210-2019
Telephone: (913) 498-2100
Fax: (913) 492-2101
Email: tcrouse@foulston.com
Email: wcowan@foulston.com

ATTORNEYS FOR PAUL FILLA

2